AO 91 (Rev. 11 11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dwayne Dalkeith Hayden | ) | Case No. |
| | ) | 21-6604-AOV |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 25, 2021__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | Making false statements on an ATF Form 4473 |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cesar F. Calcano, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence. by FACETIME

Date: 11/02/2021

_____
*Judge's signature*

City and state: Fort Lauderdele, Florida

Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Cesar Calcano, being duly sworn, hereby deposes and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to ATF-Fort Lauderdale and have served in that capacity since September of 2020. As part of my duties, I am responsible for investigations of violations of Federal laws, including those pertaining to firearms.

2. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my tenure as a Special Agent, I was a Border Patrol Agent with the United States Border Patrol for 10 years. As a Border Patrol Agent, I was assigned to the ATF Violent Crimes Task Force for 2 years. During my tenure as an ATF Task Force Officer, I assisted in investigating over 30 cases involving federal firearms violations, involving unlawful possession of firearms, the possession of firearms by armed drug traffickers, illegal exportation of firearms, and dealing in firearms without a license. I have participated in a variety of different aspects of those investigations, including surveillance, undercover operations to conduct controlled purchases of firearms, interviewing suspects, and the execution of search and arrest warrants.

3. This affidavit is for the limited purpose of establishing probable cause that **Dwyane Dalkeith Hayden, (herein after referred to as "HAYDEN")**, did purchase a firearm by means of a false statement, in violation of Title 18, United States Code, Section 922(a)(6).

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law

1

enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

5. On or about October 19, 2021, ATF received multiple sales reports involving firearms purchased by HAYDEN. ATF recovered ATF Form 4473 ("ATF Forms") associated with HAYDEN's firearm purchases from three (3) different Federal Firearm Licensee. On May 14, 2021, HAYDEN purchased (2) Taurus G2C 9mm pistols from Shoot Straight in Ft. Lauderdale, FL. On September 7, 2021, HAYDEN purchased (9) Taurus G3C 9mm pistols from Shoot Straight in Ft. Lauderdale, FL. On September 17, 2021, HAYDEN purchased (10) Taurus G2C 9mm pistols from Richie's Pawn in Tamarac, FL. On October 11, 2021, HAYDEN purchased (20) Taurus G2C 9mm pistols from RKguns.com in Mattoon, Illinois and had them shipped to Gold N Connection Pawn shop in Fort Lauderdale, FL. HAYDEN was due to pick them up on October 26, 2021. In totality, HAYDEN purchased Forty-one (41) firearms from May of 2021 to October of 2021. The majority of the firearms purchased by HAYDEN were of the same make and model. Based on your affiants training and experience, purchasing multiple firearms of the same make and model is often indicative of firearms trafficking.

6. A review of each of the ATF Forms completed by HAYDEN revealed that HAYDEN was asked, "Are you the actual transferee/buyer of the firearm(s) listed on this form. Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person." HAYDEN indicated, "Yes," to this question on each ATF Form.

7. A query was conducted by Industry Operations Investigators to determine if HAYDEN had a valid or active Federal Firearms License (FFL) or National Federal Act (NFA)

manufacturing license. The query was met with negative results confirming that HAYDEN did not have a valid manufacturing or dealing license.

8. A foreign travel records check of HAYDEN revealed that HAYDEN has extensive travel to Jamaica. Your affiant knows based on his training and experience that Jamaica is a known target state for firearms being smuggled from the United States. This foreign travel records check further revealed that HAYDEN was in Jamaica at the time and set to return to Fort Lauderdale, Florida on October 25, 2021.

## INTERVIEW

9. On October 25, 2021, ATF and Homeland Security Investigations (HSI) Special Agents encountered HAYDEN at the Fort Lauderdale International Airport in Fort Lauderdale Florida arriving from Montego Bay, Jamaica. HAYDEN was advised that he was not under arrest and that he would be asked some questions about some of his recent firearm transactions to which HAYDEN obliged. This interview was audio recorded. ATF SA Tyler Houk identified himself as an ATF Special Agent to HAYDEN and engaged him in conversation. SA Houk confirmed HAYDEN's recent travel to Jamaica and asked what the purpose of trip, to which HAYDEN stated "vacation". SA Houk then asked HAYDEN how many guns HAYDEN currently owns. HAYDEN responded, "about 20 to 25, around there." SA Houk asked what make and model firearms HAYDEN owned. HAYDEN claimed to own (1) Glock pistol model 22 and approximately (15) to (20) Taurus G2C pistols. SA Houk then asked HAYDEN where the firearms he possessed were currently located. HAYDEN responded by telling SA Houk that he had to pick up (20) firearms tomorrow. SA Houk then asked HAYDEN, "So you are picking up (20) tomorrow, but how many do you currently have?" HAYDEN replied, "10". HAYDEN then stated

3

that (10) of the Taurus G2Cs were at his house and another (10) were being kept at his brother's house.

10. When asked what the purpose of purchasing (20) of the same make and model firearms was, HAYDEN responded "Just to have them to be honest…my son is turning 18….just to shoot it….some of them just to get how they really work and stuff like that…I don't really like to do anything else with them…just to have them really…because I know the president was going to do a ban….he wants to block them so, I figured it was a good price, just to get them while they are low." SA Houk then asked HAYDEN if he had ever shipped anything to Jamaica, to which HAYDEN responded, "Just barrels of food and clothes through my mother-in-law." HAYDEN stated that he used "Laparkan shipping" in Oakland Park, Florida, and the last time he used them to ship was about a month ago.

11. When asked again about the location of the (10) Taurus G2C pistols, HAYDEN provided the address of his residence in Lauderdale Lakes and stated that they should be in his room. SA Houk then asked about the location of the remaining firearms to which HAYDEN again asserted that they were at his brother's (Rhori Hayden) house. SA Houk asked, "If I were to call your brother on the phone, would he confirm that the remaining firearms would be at his house?" HAYDEN said his brother would confirm this.

12. SA Houk then contacted HAYDEN's brother, Rhori via cell phone to confirm HAYDEN's statement about the location ten of the Taurus pistols that HAYDEN had recently purchased. Rhori stated that four of his brother's Taurus pistols were currently at his residence. When confronted about this inconsistency, HAYDEN could not explain. After deliberating for several minutes, HAYDEN admitted that he was not honest in his original answer about the location of the firearms.

4

13. HAYDEN retracted his original story and admitted to SAs that he no longer had possession of any of the Taurus pistols he purchased. HAYDEN stated that his brother should only have (4) or (5) of the guns. SA Houk then asked, "How many do you have?". HAYDEN responded, "I don't have any." Furthermore, HAYDEN admitted that he sold the guns to make a profit and purchase more firearms for resale. SA Houk asked HAYDEN how he sold the firearms and how were his customers acquired. HAYDEN stated, "I advertised with friends, it wasn't really anything that I posted or anything like that." When asked about HAYDEN's profit margin on the firearms, HAYDEN stated that he would buy the Taurus pistols for $212.00 and sell them for $380.00. HAYDEN stated he did not use a bill of sale and spoke to all customers in person. HAYDEN claimed that he sold the firearms individually and it took him approximately 3 weeks to sell all the firearms. HAYDEN further stated that profit made from those sales were used to purchase the additional (20) Taurus G2C pistols that he was due to pick up on October 26, 2021. HAYDEN told agents that he planned to sell the (20) Taurus G2C pistols that he was due to pick up on October 26, 2021, in the same fashion that he had sold the previous firearms. HAYDEN had already paid for and filled out the ATF form 4473 for these (20) Taurus G2C pistols.

14. HAYDEN admitted that when he filled out that ATF form 4473 it stated the firearms were being purchased for him. HAYDEN claimed that he wanted to sell the firearms with a bill of sale, but word spread so fast that he just got rid of them without doing any bill of sales. When asked if he would be able to track the guns and retrieve them, HAYDEN responded "I can try my best and do it, to be honest." HAYDEN claimed he did not ship any firearms to Jamaica and does not know of anyone that is shipping firearms to Jamaica.

15. HAYDEN claimed to have used two people to facilitate his firearm sales. HAYDEN stated that most of his firearm sales took place at gas station on 31st and Oakland and at the Publix near Commercial and 441.

16. SA Houk provided HAYDEN with his ATF business card and told HAYDEN that he would be in contact with him in the future. HAYDEN apologized for at first not being honest with Agents and then departed the airport.

## The False Statement to an FFL

17. Notably, on the ATF Form 4473 that HAYDEN completed at Gold N Connection Pawn LLC, Shoot Straight Gun Store and Richie's Pawn Shop, he selected "Yes" to question Section 21.a, which asks "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: you are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. HAYDEN then signed and certified his answers which has the following warning above his signature, "I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a, if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law and may also violate State and/or local law."

## CONCLUSION

18. Based on the foregoing facts, I respectfully submit that that there is probable cause to support a criminal complaint charging **Dwyane Dalkeith HAYDEN ("HAYDEN")** for violations of Title 18, United States Code, Section 922(a)(6), purchasing a firearm by means of a false statement.

**FURTHER AFFIANT SAYETH NAUGHT.**

Cesar Calcano
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 2nd day of November 2021, at Fort Lauderdale, Florida

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE